**Order entered June 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01254-CV

**MARTIN L. GRAMAN, Appellant**

**V.**

**JASON L. GRAMAN, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-51105-2012**

## ORDER

We **GRANT** appellee's May 29, 2015 unopposed second motion for an extension of time to file a brief. We **ORDER** the brief tendered to this Court by appellee on June 2, 2015 filed as of the date of this order.

/s/    ELIZABETH LANG-MIERS
         JUSTICE